**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JAMAL LINDSEY SMITH,

                                                              Civil No. 25-1510 (JRT/EMB)

                            Petitioner,

v.

                                                              **ORDER DENYING APPLICATION TO**
LISA STENSETH, *Warden of MCF Rush*                           **PROCEED IN FORMA PAUPERIS ON**
*City*, and DAN DAHLBERG, *Commissioner*                     **APPEAL**
*of Corrections*,

                            Respondents.

---

The Court denied Jamal Lindsey Smith's Petition for Writ of Habeas Corpus on March 27, 2026.  (*See* Order, Docket No. 21.)  Smith has filed an Application to Proceed In Forma Pauperis on Appeal.  (June 12, 2026, Docket No. 28.)  However, the Court did not grant Smith a certificate of appealability arising from the denial of his habeas petition. (*See* Order, June 5, 2026, Docket No. 27.)

Accordingly, based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Smith's Application to Proceed In Forma Pauperis on Appeal (Docket No. [27]) is **DENIED.**

DATED:  July 6, 2026                            _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                            JOHN R. TUNHEIM
                                                 United States District Judge